UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRED ALSTON, *as a Trustee of the Local 272 Labor Management Pension Fund, and as a Trustee of the Local 272 Welfare Fund*,

                          Plaintiff,

-v-

NAGLE PARKING INC., *et al.*,

                          Defendants.

23 Civ. 1739 (PAE)

<u>ORDER TO SHOW CAUSE</u>

---

PAUL A. ENGELMAYER, District Judge:

       On February 28, 2023, plaintiff filed the complaint in this case. Dkt. 1. On March 17, 2023, plaintiff served defendants with process, making defendants' deadline to answer or otherwise respond April 6, 2022. Dkts. 7–9. Defendants have not responded to the complaint or otherwise appeared in this action.

       On April 26, 2023, plaintiff filed proposed Clerk's Certificates of default as to all defendants, Dkt. 17, and the Clerk issued a Certificate of Default later the same day, Dkt. 19. On May 3, 2023, plaintiff moved for a default judgment, Dkt. 24, and filed a declaration, Dkt. 25, and memorandum of law, Dkt. 23, in support.

       Plaintiffs' papers in support of its motion are in good order. If defendants wish to oppose the motion, their counsel shall enter a notice of appearance prior to May 19, 2023, and file an opposition on ECF, explaining why a default judgment is not warranted, by **May 26, 2023 at 5 p.m.**

Plaintiff has already filed proof of service of the papers in support of the motion for default judgment on the docket. Dkts. 27–29. Plaintiffs are to serve defendants with this order and file proof of this service on the docket no later than May 15, 2023.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: May 10, 2023
       New York, New York