**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X

FRED ALSTON, *as a Trustee of the Local 272 Labor*
*Management Pension Fund and as a Trustee of the Local 272*
*Welfare Fund*,                                                                    23 Civ. 1739 (PAE)

                                        Plaintiff,

                                                                                   ORDER
                        -against-

NAGLE PARKING INC., NAGLE PARKING
MANAGEMENT LLC, NAGLE PARKING NO. 2 INC.,

                                        Defendants.
------------------------------------------------------------------------X

On May 2 and 3, 2023, Alston moved for default judgment against all defendants, Dkt. 24, and filed a memorandum of law, Dkt. 23, declaration, exhibits, Dkt. 25, and proposed default judgment, Dkt. 22, in support.  On May 5, 2023, Alston served the motion for default judgment and accompanying materials on defendants.  Dkts. 27–29.  On May 10, 2023, the Court ordered any defendant wishing to oppose the motion, by May 26, 2023, to show cause why a default judgment is not warranted.  Dkt. 30.  It also ordered Alston to serve the May 10 order on all defendants, and to file proof of having done so on the docket of this case by May 15, 2023.  *Id.*

Alston has not done so.  The Court orders Alston to serve defendants and proof of that service on the docket by May 26, 2023.  Defendants' deadline to appear in the action is extended to seven days from the date of service, and their deadline to show cause is extended to 14 days from the date of service.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: May 23, 2023
        New York, New York