UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRED ALSTON, *as a Trustee of the Local 272 Labor Management Pension Fund, and as a Trustee of the Local 272 Welfare Fund*,

                        Plaintiff,

-v-

NAGLE PARKING INC., NAGLE PARKING MANAGEMENT LLC, *and* NAGLE PARKING NO. 2 INC.,

                        Defendants.

---

23 Civ. 1739 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

    On February 28, 2023, plaintiff Fred Alston ("Alston") brought this action, as a trustee of two employment benefit plans, alleging violations of the Employment Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1132 *et seq.* Dkt. 1 ("Compl."). On May 2 and 3, 2023, Alston moved for default judgment against all defendants, Dkt. 24, and filed a memorandum of law, Dkt. 23, declaration, exhibits, Dkt. 25, and proposed default judgment, Dkt. 22, in support.

    The current record does not permit the Court reliably to resolve the motion for default judgment. To aid review, the Court orders Alston to file the collective bargaining agreement ("CBA") and the agreements and declarations of trust of the benefits funds incorporated into the CBA, *see* Dkt. 23 at 4–5, on the docket of the above-captioned case by June 16, 2023.

    SO ORDERED.

_Paul A. Engelmayer_

Paul A. Engelmayer
United States District Judge

Dated: June 14, 2023
        New York, New York