UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRED ALSTON, *as a Trustee of the Local 272 Labor Management Pension Fund, and as a Trustee of the Local 272 Welfare Fund*,

                Plaintiff,

-v-

NAGLE PARKING INC., NAGLE PARKING MANAGEMENT LLC, *and* NAGLE PARKING NO. 2 INC.,

                Defendants.

23 Civ. 1739 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On June 23, 2023, the Court granted plaintiff's motion for default judgment and injunctive relief in the above-captioned case. Dkt. 41. The Court ordered plaintiff to file, by June 28, 2023, proof of service of the Court's decision and a proposed final judgment on the docket of this case. Plaintiff has not done so.

The Court is dismayed by plaintiff's disregard for these deadlines. The Court orders plaintiff to file, by July 5, 2023, proof of service and the proposed judgment, as directed at docket 41.

SO ORDERED.

                                                    *Paul A. Engelmayer*
                                                   Paul A. Engelmayer
                                                   United States District Judge

Dated: June 29, 2023
        New York, New York