UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

FRED ALSTON, as a Trustee of THE
LOCAL 272 LABOR-MANAGEMENT PENSION FUND;
FRED ALSTON, as a Trustee of THE                             Civil Action No.
LOCAL 272 WELFARE FUND,                                      23 Civ. 1739 (PAE)

         Plaintiffs,

               JUDGMENT

  -against-

NAGLE PARKING INC., NAGLE PARKING MANAGEMENT
LLC, NAGLE PARKING NO. 2 INC.,

         Defendants.
-------------------------------------------------------------X

  This action having been commenced by the filing of a complaint and the issuance of a summons on **February 28, 2023**, and the summons and complaint having been personally served on the defendants, NAGLE PARKING INC., NAGLE PARKING MANAGEMENT LLC, NAGLE PARKING NO. 2 INC,. by personal service on **March 17, 2023**, on Sue Zouky, authorized agent in the office of the Secretary of the State, State of New York. Proof of service having been filed by the Office of the Clerk of this Court on **March 21, 2023**, Docs. # 7, 8 and 9, and defendants, NAGLE PARKING INC., NAGLE PARKING MANAGEMENT LLC, NAGLE PARKING NO. 2 INC., not having appeared, answered or otherwise moved with respect to the complaint herein, and the time for said defendants to appear, answer or otherwise move having expired, and plaintiffs having moved on **May 2 and 3, 2023,** for default judgment against all three defendants, Doc. # 24, and the Court, on **May 10, 2023**, having ordered any defendant wishing to oppose the motion to show cause by **May 26, 2023,** why a default judgment is not warranted, Doc. # 30, and the defendants failing to appear to contest the entry of a default

judgment, it is

**ORDERED, ADJUDGED AND DECREED,** pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, that FRED ALSTON, as a Trustee of THE LOCAL 272 LABOR-MANAGEMENT PENSION FUND; FRED ALSTON, as a Trustee of THE LOCAL 272 WELFARE FUND, (the Fringe Benefits Funds), have judgment against the defendants, NAGLE PARKING INC., NAGLE PARKING MANAGEMENT LLC, NAGLE PARKING NO. 2 INC., jointly and severally, as follows:

1. That defendants, NAGLE PARKING INC., NAGLE PARKING MANAGEMENT LLC, and NAGLE PARKING NO. 2 INC., are ordered to permit the Fringe Benefits Funds to review defendants' books and records relating to the Fringe Benefits Funds for the period of October 1, 2021 to present;

2. The plaintiffs are awarded $2,838.00 in attorney's fees;

3. The plaintiffs are awarded $943.40 in costs, consisting of a $402.00 filing fee, a $1.40 PACER fee, and $540.00 in process server fees, Docs. 21-2 at 2, and it is further

**ORDERED AND ADJUDGED** that the judgment rendered by the Court on this day in favor of the plaintiffs be entered as a final judgment, and the Clerk of the Court is directed to enter such judgment forthwith, and it is further

**ORDERED AND ADJUDGED** that the Court shall retain jurisdiction of this matter for the purpose of enforcing this order. The Court respectfully directs the Clerk of Court to close this case.

Dated: New York, New York

*Paul A. Engelmayer*
U.S.D.J.

6/29/23
Date